HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
ELMONT LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-PO-00508-CKD |
| | 2:20-PO-00509-CKD |
| Plaintiff, | 2:20-PO-00510-CKD |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| ELMONT LANE, | |
| | Date:  December 17, 2020 |
| Defendant. | Time:  9:30 a.m. |
| | Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for ELMONT LANE, that the status conference set for  on December 17, 2020 at 9:30 a.m. be continued to January 21, 2021 at 9:30 a.m.

This continuance is requested because the defendant has a medical appointment that cannot be cancelled and defense counsel needs additional time to investigate and obtain medical documents.

/ / /

/ / /

Stipulation and Proposed Order to Continue Status Conference

-1-

1 ///

2

3  DATED: December 15, 2020                           Respectfully submitted,

4                                                     HEATHER WILLIAMS
                                                      Federal Defender
5
                                                      */s/Linda C. Allison*
6                                                     LINDA C. ALLISON
                                                      Assistant to the Federal Defender
7                                                     Attorneys for Defendant
                                                      ELMONT LANE
8

9
    Dated: December 15, 2020                          McGREGOR W. SCOTT
10                                                    United States Attorney

11
                                                      */s/ Alstyn Bennett*
12                                                    ALSTYN BENNETT
                                                      Special Assistant United States Attorney
13

14

15

16                                          **ORDER**

17     IT IS HEREBY ORDERED that the status conference set for December 17, 2020, be

18  continued to January 21, 2021 at 9:30 a.m.

19     IT IS SO ORDERED.

20     Dated:  December 15, 2020

21                                                    _____
                                                      CAROLYN K. DELANEY
22                                                    UNITED STATES MAGISTRATE JUDGE